UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20327-WPD

JESUS GONZALEZ,

    Plaintiff,

v.

SKY COFFEE BUENOS AIRES INC., and 17 PLAZA, LLC.

    Defendant.

_____/

### ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (the "Notice") [DE 22], filed herein on May 20, 2025. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  The Notice [DE 22] is hereby **APPROVED**.

2.  This case is **DISMISSED WITH PREJUDICE**.

3.  The Clerk is directed to **DENY** any pending motions as moot and **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of May, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record